# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 2:25-CV-06846-BRM-JBC

Plaintiff:
**MAYOR RAS BARAKA**

vs.

Defendant:
**ALINA HABBA, ET AL**

STS2025041291

For:
Nancy Erika Smith, Esq.

Received by STATUS, L.L.C. to be served on **ALINA HABBA, INTERIM U.S. ATTORNEY FOR THE DISTRICT OF NEW JERSEY, U.S. ATTORNEY'S OFFICE, DISTRICT OF NEW JERSEY, 970 BROAD STREET, 7TH FLOOR, NEWARK, NJ 07102**.

I, Nathan Rivera, do hereby affirm that on the **9th day of June, 2025** at **10:30 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Case, Amended Complaint and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Sasa Boucks** as **Authorized agent on behalf of US-Atty NJ District** for **ALINA HABBA, INTERIM U.S. ATTORNEY FOR THE DISTRICT OF NEW JERSEY**, at the address of: **C/O UNITED STATES ATTORNEYDISTRICT OF NEW JERSEY FEDERAL BUILDING970 BROAD ST, NEWARK, NJ 07102**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: Light Tan, Height: 5'6", Weight: 185, Hair: Black, Glasses: N

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is True and correct.

06 / 10 / 2025

**Nathan Rivera**

Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414

Our Job Serial Number: STS-2025041291
Ref: N/A
Service Fee: _____

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0c