# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 2:25-CV-06846-BRM-JBC

Plaintiff:
**MAYOR RAS BARAKA**

vs.

Defendant:
**ALINA HABBA, ET AL**

STS2025041292

For:
Nancy Erika Smith, Esq.

Received by STATUS, L.L.C. to be served on **RICKY J. PATEL, DEPARTMENT OF HOMELAND SECURITY, 620 FRELINGHUYSEN AVENUE, NEWARK, NJ 07114**.

I, Nathan Rivera, do hereby affirm that on the **9th day of June, 2025** at **11:10 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Case, Amended Complaint and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Oscar Videla** as **Authorized Agent/Duty Agent** for **RICKY J. PATEL**, at the address of: **DEPARTMENT OF HOMELAND SECURITY, 620 FRELINGHUYSEN AVENUE, NEWARK, NJ 07114**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 210, Hair: Black, Glasses: N

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is True and correct.

_____     06 / 10 / 2025
**Nathan Rivera**

**Date**

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414

Our Job Serial Number: STS-2025041292
Ref: N/A
Service Fee: _____

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0c

Doc ID: a16db71f09f72821986daef8c2754d3051d2f640