BRETT A. SHUMATE
Assistant Attorney General
C. SALVATORE D'ALESSIO, Jr.
Director, Torts Branch
REGINALD M. SKINNER
Senior Trial Attorney
PAUL C. QUAST
Trial Attorney
United States Department of Justice
P.O. Box 7146
Washington, D.C. 20044
(202) 616-4150
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAYOR RAS BARAKA, | Hon. Brian R. Martinotti, U.S.D.J. |
| *Plaintiff,* | Civil Action No. 25-6846 |
| v. | |
| ALINA HABBA, *et al.* | |
| *Defendants.* | **NOTICE OF APPEARANCE** |

To:   MELISSA E. RHOADS, ESQ.
      United States District Court
      Mitchell H. Cohen Building & U.S. Courthouse
      4th & Cooper Streets
      Camden, NJ 08101

The undersigned Trial Attorney, Paul C. Quast, hereby enters an appearance on behalf of Defendants Alina Habba and Ricky Patel in the above-referenced matter.

                              Respectfully submitted,

                              BRETT A. SHUMATE
                              Assistant Attorney General

                C. SALVATORE D'ALESSIO, Jr.
                Director, Torts Branch

                REGINALD M. SKINNER
                Senior Trial Attorney

          By: */s/ Paul C. Quast*
                PAUL C. QUAST
                Trial Attorney

Dated: September 9, 2025      *Attorneys for Defendants*

2