UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------x
MAYOR RAS BARAKA,                : Civil Action No.: 2:25-cv-06846-BRM-JBC
                                 :
            Plaintiff,           :
                                 :
v.                               :
                                 : **NOTICE OF SUBSTITUTION OF ATTORNEY**
ALINA HABBA and                  :
RICKY J. PATEL,                  :
                                 :
            Defendants.          :
---------------------------------------------x

The undersigned hereby consents to the substitution of Yael Bromberg, as attorney for plaintiff, in the above-entitled cause.


**BROMBERG LAW, LLC**
**Yael Bromberg, Esq.**
**(Atty ID: 036412011)**
43 West 43rd Street, Suite 32
New York, NY 10036
(212) 859-5083
ybromberg@bromberglawllc.com

BY: _____
        YAEL BROMBERG
        Superseding Attorneys

**SMITH MULLIN, P.C.**
**Nancy Erika Smith, Esq.**
**(Atty ID: 027231980)**
240 Claremont Avenue
Montclair, NJ 07042
(973) 783-7607
nsmith@smithmullin.com

BY: _____
        NANCY ERIKA SMITH
        Withdrawing Attorneys


Dated:          September 12, 2025