IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAYOR RAS BARAKA,<br><br>        Plaintiffs,<br><br>v.<br><br>ALINA HABBA and<br>RICKY J. PATEL,<br><br>        Defendants. | Civ. A. No. 2:25-6846-BRM-JBC<br><br><br><br>NOTICE OF APPEARANCE OF<br>YAEL BROMBERG, ESQ. |

**PLEASE TAKE NOTICE** that BROMBERG LAW LLC hereby enters the appearance of Yael Bromberg, Esq. in this action as counsel for Plaintiff Mayor Ras Baraka in the above captioned matter.

                                      BROMBERG LAW LLC
                   By:   */s/ Yael Bromberg*
                                      YAEL BROMBERG, ESQ.
                                      43 West 43rd Street, Suite 32
                                      New York, NY 10036-7424
                                      PO Box 1131
                                      Glen Rock, NJ 07452-1131
                                      (212) 859-5083
                                      Fax: (201) 586-0427
                                      ybromberg@bromberglawllc.com

Dated: September 19, 2025