## BROMBERG LAW LLC

YAEL BROMBERG, ESQ., PRINCIPAL*  
T: (212) 859-5083 | F: (201) 586-0427

43 West 43rd Street, Suite 32  
New York, NY 10036-7424

P.O. Box 1131  
Glen Rock, NJ 07452-1131

September 20, 2025

<u>**Via ECF**</u>  
Honorable Brian R. Martinotti  
United States Courthouse  
Martin Luther King Building & U.S. Courthouse  
50 Walnut Street  
Newark, NJ 07102

RE: <u>**Mayor Ras Baraka v. Alina Habba and Ricky J. Patel, No. 2:25-6846-BRM-JBC**</u>

Dear Judge Martinotti:

    This firm represents Plaintiff Mayor Ras Baraka in the above-referenced matter. The matter was filed June 3, 2025, followed by Defendants' pre-motion letter to dismiss and for summary judgment pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), filed three months later on September 9, 2025.

    A notice of appearance was filed by my firm on June 19, 2025. Currently, a response to the Defendants' pre-motion letter is due this Monday September 22, 2025. Plaintiff's counsel was recently substituted in this matter, and respectfully requests an extension on the letter response.

    Counsel for Defendants has consented to a 21-day scheduling extension to October 13, 2025.

    We thank the Court for its consideration and courtesies.

Respectfully submitted,

BROMBERG LAW LLC  
*Counsel for Plaintiff*

By: _____  
Yael Bromberg, Esq.

\* Licensed to practice in New Jersey, New York, and the District of Columbia