UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAYOR RAS BARAKA<br><br>Plaintiff,<br><br>v.<br><br>ALINA HABBA and RICKY J. PATEL,<br><br>Defendants. | No. 2:25-cv-064846-BRM-JBC<br><br>**PROPOSED CONSENT ORDER EXTENDING DEADLINE FOR SUBMISSION OF PRE-MOTION WRITTEN RESPONSE** |

**THIS MATTER** having come before the Court by Bromberg Law LLC, counsel for Plaintiff Ras Baraka, with the consent of the U.S. Department of Justice, Plaintiff's counsel, requesting a 21-day extension of the deadline to file a pre-motion letter response, pursuant to her recent substitution of counsel, and Notice of Appearance filed on September 19, 2025,

**IT IS** on this _____ day of September, 2025 **ORDERED** that the request shall be granted, and that the letter response shall be due on October 13, 2025.

_____
Honorable Brian Martinotti, U.S.D.J.

The undersigned hereby consents to the form and entry of the foregoing Order.

| | |
|---|---|
| */s/Yael Bromberg, Esq.*<br>Bromberg Law LLC<br>Counsel for Plaintiff<br>Dated: 9/20/2025 | */s/ Paul Quast, Esq.*<br>U.S. Department of Justice<br>Counsel for Defendants<br>Dated: 9/20/2025 |

\* Licensed to practice in New Jersey, New York, and the District of Columbia