


**U.S. Department of Justice**

Civil Division, Torts Branch
Constitutional and Specialized Torts

Telephone: (202) 616-4150

*P.O. Box 7146, Washington, D.C. 20044-7146*

October 28, 2025

**Via ECF**
Hon. Brian Martinotti, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Baraka v. Habba, et al.*, Civil Action No. 25-6846**
**Unopposed Request to Adjourn Pre-Motion Conference**

Dear Judge Martinotti:

My office represents defendants Alina Habba and Ricky Patel. We write to request an adjournment of the pre-motion conference set for November 4, 2025. Plaintiff does not oppose this request.

Prior to the lapse in federal appropriations on October 1, 2025, Defendants filed a letter requesting a pre-motion conference and explaining Defendants' intention to file a motion to dismiss. ECF No. 9. On October 3, 2025, the Court issued Standing Order 2025-06 staying most civil matters involving the United States, including cases involving its officers or employees in their individual capacity. The United States requested a partial stay of civil matters because federal employees are generally prohibited from working during a government shutdown, even on a voluntary basis, except in very limited circumstances "involving the safety of human life or the protection of property." 31 U.S.C. § 1342. This prohibition includes cases like this one.[1]

The United States anticipates seeking a renewal of Standing Order 2025-06 to include a stay of this and other cases filed under the Federal Torts Claims Act (1) until the federal government is funded through congressional appropriation, or (2) for a period of thirty (30) days from the entry of the order, whichever comes sooner.

---

[1] Consistent with § 1342, Department of Justice employees continue to work on civil immigration matters, such as emergent habeas petitions, during the shutdown, and the Standing Order does not affect those matters.

Therefore, we respectfully request that the Court adjourn the November 4, 2025, premotion conference until December 4, 2025. We further request that the conference take place over Zoom or another videoconferencing platform because the Department of Justice attorneys assigned to this matter are in Washington, D.C.

We thank Your Honor for your attention to this request.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JONATHAN D. GUYNN
Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO, Jr.
Director, Torts Branch

REGINALD M. SKINNER
Senior Trial Attorney

By: *<u>/s/ Paul C. Quast</u>*
PAUL C. QUAST
Trial Attorney
*Attorneys for Defendants*

cc: Plaintiff's counsel (via ECF)