UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

District Judge:   BRIAN R. MARTINOTTI                    Date: 04/09/2026
Court Reporter:   Jennifer Kohn                          Civil Case No.: 2:25-6846

Title of the Case:

 RAS BARAKA,

 Plaintiff(s)

 v.

 ALINA HABBA, et al

 Defendant(s).

Appearances:

Yael Bromberg, Attorney for Plaintiff
Paul C. Quast, Attorney for Defendant

**Nature of Proceedings**:

Premotion conference held on the record
Hearing on Plaintiff's application for leave to file an amended complaint and spoliation request.
Court ordered as follows:
- Amended Complaint due 05/08/26
- Defendant's Responsive pleading due 06/09/26
- Plaintiff's Opposition due 07/09/26
- Defendant's Reply 07/21/26
- Letter re: preservation issue to be filed by Plaintiff
OTBS.

Lissette Rodriguez, Courtroom Deputy
to the Honorable Brian R. Martinotti. USDJ

Time Commenced: 11:00 am
Time Concluded:   11:15 am