**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAS BARAKA, <br><br> *Plaintiff,* <br><br> v. <br><br> ALINA HABBA, *et al.,* <br><br> *Defendants.* | Civil Action No. 25-6846-BRM-LDW |

**ORDER**

The parties having appeared before the Court for a pre-motion conference held on April 9, 2026, it is hereby **ORDERED** that:

Plaintiff is granted leave to file a second amended complaint by May 8, 2026.

Defendants' responsive pleading is due June 9, 2026.

Plaintiff's opposition to the responsive pleading is due July 9, 2026.

Defendants' reply is due July 21, 2026.

_____
HON. BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE

Date: _____

At Newark, New Jersey

1