## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

RAS BARAKA,

      *Plaintiff,*

    v.

ALINA HABBA, *et al.,*

      *Defendants.*

Civil Action No. 25-6846-BRM-LDW

## **ORDER**

The parties having appeared before the Court for a pre-motion conference held on April 9, 2026, it is hereby **ORDERED** that:

Plaintiff is granted leave to file a second amended complaint by May 8, 2026.

Defendants' responsive pleading is due June 9, 2026.

Plaintiff's opposition to the responsive pleading is due July 9, 2026.

Defendants' reply is due July 21, 2026.

 

                          *Brian R. Martinotti*
                          HON. BRIAN R. MARTINOTTI
                          UNITED STATES DISTRICT JUDGE

Date: __April 13, 2026____

At Newark, New Jersey

1