# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAYOR RAS BARAKA, | Hon. Brian R. Martinotti, U.S.D.J. |
| Plaintiff, | |
| v. | Case No. 2:25-cv-06846-BRM-LDW |
| ALINA HABBA, et al. | **ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF LAWYERS DEFENDING AMERICAN DEMOCRACY** |
| Defendants. | |

Upon consideration of Lawyers Defending American Democracy's motion for leave to file its brief as amicus curiae in support of Plaintiff Mayor Ras Baraka and opposed to Defendants Alina Habba, Ricky Patel and the United States of America's motion to dismiss,

IT IS on this __26th__ day of _____June_____, 2026, ORDERED that the motion for leave to file is GRANTED. **\*\*The Clerk of the Court shall terminate the motion at ECF 26.\*\***

_Leda Dunn Wettre_
_____
Hon. Leda Dunn Wettre
United States Magistrate Judge