# BROMBERG LAW LLC

YAEL BROMBERG, ESQ., PRINCIPAL*
T: (212) 859-5083 | F: (201) 586-0427

43 West 43rd Street, Suite 32
New York, NY 10036-7424

P.O. Box 1131
Glen Rock, NJ 07452-1131

July 6, 2026

**Via ECF**
Honorable Brian R. Martinotti
United States Courthouse
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

RE:    **Mayor Ras Baraka v. Alina Habba and Ricky J. Patel, No. 2:25-6846-BRM-JBC**

Dear Judge Martinotti:

This firm represents Plaintiff Mayor Ras Baraka in the above-referenced matter. An opposition brief to the pending motion to dismiss is presently due on July 9, 2026, with a reply brief currently due on July 21. Due to a personal health matter, opposing counsel has consented a two-week extension for the opposition brief, moving its deadline to July 24, and the corresponding reply brief deadline to August 5, 2026. Accordingly, the firm respectfully seeks a text order adjusting the applicable due dates.

We thank the Court for its consideration and courtesies.

Respectfully submitted,

BROMBERG LAW LLC
*Counsel for Plaintiff*

By: _____
      Yael Bromberg, Esq.

* Licensed to practice in New Jersey, New York, and the District of Columbia