

**U.S. Department of Justice**

Civil Division, Torts Branch
Constitutional and Specialized Torts

Telephone: (202) 616-4150

*P.O. Box 7146, Washington, D.C. 20044-7146*

July 28, 2026

**Via ECF**
Hon. Brian Martinotti, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:    *Baraka v. Habba, et al.*, Civil Action No. 25-6846**
> **Extension Request on Consent**

Dear Judge Martinotti:

Defendants request an extension of time to reply to Plaintiff's brief in opposition to Defendants' motion to dismiss. An extension is warranted here for several reasons. First, Plaintiff's 50-page opposition brief effectively includes an altogether separate motion to strike the government's *Westfall* certification. Second, Plaintiff's opposition is overlength. Third, the undersigned recently had a hearing scheduled in a separate case for next week, which will require out-of-state travel for several days. Therefore, Defendants request a 9-day extension of time, from August 5 to August 14, to file a reply in support of their motion to dismiss. Plaintiff consents to the extension.

Thank you very much for your consideration of this matter.

SO ORDERED.                              Respectfully submitted,

*Brian R. Martinotti*                    BRETT A. SHUMATE
BRIAN R. MARTINOTTI, USDJ                Assistant Attorney General
DATED: ___July 28, 2026___

                                         JONATHAN D. GUYNN
At Newark, New Jersey                    Deputy Assistant Attorney General

                                         PAUL E. WERNER
                                         Assistant Director, Torts Branch

- 2 -

REGINALD M. SKINNER
Senior Trial Counsel

By:     */s/ Paul C. Quast*
PAUL C. QUAST
Senior Trial Attorney
*Attorneys for Defendants*

cc: Plaintiff's counsel (via ECF)