BRETT A. SHUMATE
Assistant Attorney General
JONATHAN D. GUYNN
Deputy Assistant Attorney General
PAUL E. WERNER
Assistant Director, Torts Branch
REGINALD M. SKINNER
Senior Trial Counsel
PAUL C. QUAST
Senior Trial Attorney
United States Department of Justice
P.O. Box 7146
Washington, D.C. 20044
(202) 616-4150
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MAYOR RAS BARAKA, | Hon. Brian R. Martinotti, U.S.D.J. |
| *Plaintiff,* | Civil Action No. 25-6846 |
| v. | |
| ALINA HABBA, et al. | |
| *Defendants.* | |

**DEFENDANTS' UNOPPOSED MOTION FOR
LEAVE TO FILE OVERLENGTH REPLY BRIEF**

Pursuant to Local Rule 7.2(b), Defendants respectfully file this unopposed motion for leave to file a 15-page reply in support of their motion to dismiss. In support of this request, Defendants state:

A slightly overlength response is warranted here because Defendants are replying to Plaintiff's 50-page opposition brief, which contains a lengthy discussion of many points of law. Moreover, Plaintiff's brief included a request that the Court deny

Westfall substitution and grant discovery. These matters warrant a full response by Defendants to better aid the Court in its deliberations. Defendants have attempted to state their arguments as concisely as possible, while responding to the substance of Plaintiff's opposition brief. Though technically three separate parties, Defendants United States of America, Alina Habba, and Ricky Patel are filing one consolidated reply in support of their motion to dismiss.

Defendants request only a modest extension of the page limit from 11.25 to 15 pages, consistent with the other requirements of Local Civil Rule 7.2(b).

Plaintiffs consent to Defendants' request to file an overlength reply.

A proposed order is attached.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JONATHAN D. GUYNN
Deputy Assistant Attorney General

PAUL E. WERNER
Assistant Director, Torts Branch

REGINALD M. SKINNER
Senior Trial Counsel

By:    */s/ Paul C. Quast*
PAUL C. QUAST
Senior Trial Attorney

Dated: August 13, 2026            *Attorneys for Defendants*

2