**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

MAYOR RAS BARAKA, *in his official and personal capacities*,

Plaintiff,

v.

ALINA HABBA AND RICKY J. PATEL, *in their personal and official capacities*,

Defendants.

Case No. 2:25-cv-6846 (BRM) (JBC)

**ORDER**

**THIS MATTER** is before the Court on a Motion to Dismiss ("Motion") (ECF No. 23) Plaintiff Ras Baraka's ("Baraka") Second Amended Complaint ("SAC") (ECF No. 22) filed by Defendants Alina Habba ("Habba") and Ricky J. Patel ("Patel") (together, "Defendants"). Baraka filed an Opposition (ECF No. 30), and Defendants filed a Reply (ECF No. 35). Additionally, Lawyers Defending American Democracy ("LDAD") filed an amicus curiae brief in support of Baraka and in opposition to Defendants' Motion. (ECF No. 26-1; *see also* ECF No. 27.) Having reviewed the submissions filed in connection with Motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

**IT IS** on this 4th day of September 2026,

**ORDERED** that Defendants' Motion (ECF No. 23) is **GRANTED**; and it is further

**ORDERED** that Counts I–IV are **DISMISSED WITHOUT PREJUDICE-** and the matter shall be marked **CLOSED**; and it is further

**ORDERED** that Baraka may file a third amended complaint within twenty-one (21) days of the date of this Order, at which time the matter will be reopened. Failure to file a third amended complaint will result in the matter being automatically dismissed with prejudice.

***/s/ Brian R. Martinotti***
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**